**Order entered September 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00284-CR**

**DALLAS LEO-SHANE TURPEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82346-2021**

**ORDER**

The record shows that appellant is appealing his conviction for continuous sexual abuse of a child. We have reviewed appellant's brief and note that while it properly identifies the victim of the offense as "the complainant," on pages 3, 9, and 10, the brief identifies by name victims of extraneous offenses who were minor children at the time of the extraneous offenses.

This Court does not allow a party to file a brief that discloses the names of victims or witnesses who were children at the time of the offenses, or the names of

any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **FOURTEEN DAYS** of the date of this order, an amended brief that identifies all individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

/s/     LANA MYERS
JUSTICE